UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
:
RICARDO VELASQUEZ, :
                            Plaintiff, :
: 21 Civ. 10859 (LGS)
-against- :
: ORDER
THE DORAL INVESTORS GROUP, LLC et al., :
                         Defendants. :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on February 12, 2022, Plaintiff filed affidavits of service (Dkt. Nos. 8, 9), stating that Defendants were served on January 27, 2022.

    WHEREAS, Defendants did not timely file an answer to the Complaint. It is hereby

    **ORDERED** that by **February 28, 2022**, Plaintiff shall move for default judgment against Defendants pursuant to Attachment A of the Court's Individual Rules. It is further

    **ORDERED** that Plaintiff shall serve a copy of this Order on Defendants, and shall file proof of service no later than **February 28, 2022**.


Dated: February 22, 2022
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE