```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
RICARDO VELASQUEZ,                                           :
                                    Plaintiff,               :
                                                             :      21 Civ. 10859 (LGS)
              -against-                                      :
                                                             :             ORDER
THE DORAL INVESTORS GROUP, LLC et al.,                       :
                                    Defendants.              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff was directed to serve a copy of the Court's Order dated March 10, 2022, and file proof of service on the docket by March 15, 2022.

WHEREAS, Plaintiff has not filed proof of such service. It is hereby

**ORDERED** that by **March 18, 2022**, Plaintiff shall file proof of such service on the docket.

Dated: March 16, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**