```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO VELASQUEZ,                                          :
                                    Plaintiff,              :
                                                            :       21 Civ. 10859 (LGS)
            -against-                                       :
                                                            :              ORDER
THE DORAL INVESTORS GROUP, LLC et al.,                      :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, at Plaintiff's request, on May 5, 2022, Defendants, who had not appeared in this action, were granted an extension to file an answer to respond to the Complaint by June 6, 2022.

WHEREAS, Plaintiff was directed to serve a copy of the Court's Order dated June 6, 2022, and file proof of service on the docket.

WHEREAS, Plaintiff has not filed proof of such service.

WHEREAS, Defendants have not appeared in this action or filed an answer to the Complaint. It is hereby

**ORDERED** that by **June 9, 2022**, Plaintiff shall file proof of service of the Court's June 6, 2022, Order on the docket. It is further

**ORDERED** that by **June 13, 2022**, Plaintiff shall move for default against Defendants pursuant to Attachment A of this Court's Individual Rules. Plaintiff is advised that failure to comply with the Court's orders may result in dismissal of the case for failure to prosecute.

Dated: June 9, 2022
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE