```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
RICARDO VELASQUEZ,                                            :
                                      Plaintiff,              :
                                                              :      21 Civ. 10859 (LGS)
              -against-                                       :
                                                              :              ORDER
THE DORAL INVESTORS GROUP, LLC, et al.,                       :
                                      Defendants.             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled for July 27, 2022, at 4:30 p.m.

WHEREAS, by Order dated July 13, 2022, the parties were directed to file a joint letter and proposed case management plan by July 20, 2022.

WHEREAS, the parties have not filed any joint letter or proposed case management plan.

WHEREAS, Defendant The Doral Investors Group, LLC has not appeared in this action.

WHEREAS, several extensions were granted to move for default judgment and, at Plaintiff's request, for Defendant The Doral Investors Group, LLC to respond to the Complaint (Dkt. Nos. 17, 20, 24), and by Order dated June 13, 2022, Plaintiff was advised that no further extensions would be granted absent extraordinary circumstances.  It is hereby

**ORDERED** that by **July 22, 2022**, at **12:00 p.m.**, the parties shall file a joint letter and proposed case management plan pursuant to the Order dated July 13, 2022.  It is further

**ORDERED** that by **July 27, 2022**, Plaintiff shall move for default against Defendant The Doral Investors Group, LLC pursuant to Attachment A of this Court's Individual Rules.

Dated: July 21, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE