```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO VELASQUEZ,                                          :
                                        Plaintiff,          :
                                                            :   21 Civ. 10859 (LGS)
                 -against-                                  :
                                                            :          ORDER
THE DORAL INVESTORS GROUP, LLC, et al.,                     :
                                       Defendants.          :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference in this matter is scheduled for July 27, 2022.

WHEREAS, Defendant The Doral Investors Group joined in the submission of the parties' joint letter and proposed case management plan but has neither appeared nor filed an answer in this action.

WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan.  It is hereby

**ORDERED** that the July 27, 2022, initial pretrial conference is **cancelled**.  If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated.  The case management plan and scheduling order will issue in a separate order.  The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.  It is further

**ORDERED** that by **July 29, 2022**, Defendant The Doral Investors Group shall enter an appearance through counsel in this action and answer or otherwise respond to the Complaint.  It is further

**ORDERED** that if Defendants seek to file a motion to dismiss, they shall file a pre-

motion letter pursuant to Individual Rules III.A.1 and III.C.2.  It is further

**ORDERED**, regarding settlement discussions, that the parties' request for a referral to mediation is **GRANTED**.  The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: July 22, 2022
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**